# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

MICHELLE MONSON,

          Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al.*,

          Defendants.

2:15-cv-02458-JCM-VCF

**ORDER**

Before the court is Defendant's Emergency Motion for an Expedited Briefing and Hearing Schedule on Defendant's Motion to Compel Rule 35 Examination (Doc#11) and to Extend Discovery (#14).

IT IS HEREBY ORDERED that Defendant's Emergency Motion for an Expedited Briefing and Hearing Schedule on Defendant's Motion to Compel Rule 35 Examination (Doc#11) and to Extend Discovery (#14) is GRANTED in part and DENIED in part.  A hearing on Defendant's Emergency Motion (#14) is scheduled for 9:00 a.m., April 15, 2016, in courtroom 3D.  Any opposition to the emergency motion (#14) must be filed on or before April 8, 2016.  Any reply in support of the emergency motion (#14) must be filed on or before noon, April 14, 2016.  The requests to expedite briefing and extend discovery in docket #11 and #13 will be decided at the hearing.

IT IS SO ORDERED.

DATED this 4th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE