RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant, State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MONSON,<br><br>                             Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an entity licensed to do business in Arizona and Nevada;  DOES 1 through 10; XYZ Corporations 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>                             Defendants. | Case No:  2:15-cv-02458-JCM-VCF |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between CHRISTOPHER D. BURK, ESQ., of the law firm of BERNSTEIN & POISSON, attorneys for Plaintiff, MICHELLE MONSON, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that the within matter be

///
///
///
///
///
///
///

1 | dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

2 | DATED: 3/7/17　　　　　　　　　　　　DATED: 3.7.17

3 | **BERNSTEIN & POISSON, LLP**　　　　　**DENNETT WINSPEAR, LLP**

5 | By: _____　　　　　By: _____
CHRISTOPHER D. BURK, ESQ.　　　　　RYAN L. DENNETT, ESQ.
6 | Nevada Bar No. 8976　　　　　　　　　Nevada Bar No. 005617
320 S. Jones Boulevard　　　　　　　　JENNIFER INSLEY MICHERI, ESQ.
7 | Las Vegas, Nevada 89107　　　　　　　Nevada Bar No. 010089
Telephone: (702)256-4566　　　　　　3301 N. Buffalo Drive, Suite 195
8 | Facsimile: (702) 256-6280　　　　　　Las Vegas, Nevada 89129
*Attorney for Plaintiff*,　　　　　　　Telephone:　(702) 839-1100
9 | *Michelle Monson*　　　　　　　　　　Facsimile:　(702) 839-1113
*Attorneys for Defendant,*
10 |　　　　　　　　　　　　　　　　　　*State Farm Mutual Automobile*
*Insurance Company*

### ORDER

Good Cause appearing therefore, IT IS SO ORDERED.

DATED: March 10, 2017.

_____
UNITED STATES DISTRICT JUDGE